UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE MECK,

        Plaintiff,

Case No. 11-12409

Honorable John Corbett O'Meara

v.

MICHIGAN MULTISPECIALTY PHYSICIANS, P.C.,

        Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Elaine Meck filed a three-count complaint in this court June 2, 2011, alleging violations of the following statutes: the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*, in Count I; Michigan's Persons with Disabilities Civil Rights Act, Mich. Comp. Laws Ann. §§ 37.1101 *et seq.* in Count II; and the Family Medical Leave Act, 29 U.S.C. §§ 2601, in Count III.

Although Plaintiff's federal causes of action are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Count II is **DISMISSED.**

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: July 1, 2011

   I hereby certify that a copy of the foregoing document was served counsel of record on this date, July 1, 2011, using the ECF system.

                  s/William Barkholz
                  Case Manager